No JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHLAND INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>RENATO DE SOUSA dba FREIGHT AWAY TRANSPORT; GREG PADILLA; DWIGHT MILLSAP; and JOE VALTIERRA,<br><br>　　　　Defendants. | Case No. CV-13-02269-MWF(FFMx)<br><br>**JUDGMENT AGAINST DEFENDANT GREG PADILLA PURSUANT TO ENTRY OF DEFAULT** |

　　Defendant Greg Padilla having failed to answer or otherwise respond to the Complaint in this action and his default having been duly entered by the Clerk, NOW, upon the Motion of Northland Insurance Company ("Plaintiff") and good cause appearing therefore, IT IS HEREBY ORDERED, ADJUDGED and DECREED that Plaintiff shall have, and the Clerk is hereby ordered to enter, the following JUDGMENT against Defendant:

　　1. Plaintiff's Motion for Entry of Default Judgment Against Greg Padilla is **GRANTED**.

...

2. Default Judgment is entered against Greg Padilla.

3. The Court declares that Plaintiff has no duty to defend or indemnify Greg Padilla for the claims currently alleged against him in the underlying state court lawsuit titled *Dwight David Millsap v. Freight Away, Inc.; Freight Away Transport, LLC; Daylight Transport, LLC; Joe Valtierra; Renato De Sousa; Greg Jahir Padilla*, Case No. BC 504595 (Cal. Super. Ct. Apr. 11, 2013).

DATED: May 19, 2014.

MICHAEL W. FITZGERALD
United States District Judge