JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHLAND INSURANCE COMPANY, | Case No. 2:13-CV-2269-MWF(FFM) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| RENATO DE SOUSA dba FREIGHT AWAY TRANSPORT; GREG PADILLA; DWIGHT MILLSAP; JOE VALTIERRA, | |
| Defendants. | |

Upon stipulation by the parties, this case is hereby DISMISSED with prejudice, with each party to bear its own costs and fees associated with this matter.

IT IS SO ORDERED.

Dated September 24, 2015.

_____
MICHAEL W. FITZGERALD
United States District Judge